IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE WORKERS' UNION LOCAL 250, SEIU, AFL-CIO, CLC,<br><br>            Petitioner,<br><br>   v.<br><br>AMERICAN MEDICAL RESPONSE,<br><br>            Respondent. | CV F 05-1333 AWI DLB<br><br>ORDER VACATING AUGUST 28, 2006 HEARING AND TAKING MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER SUBMISSION |

     Respondent's motion for an award of attorney's fees has been set for oral argument to be held on August 28, 2006. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 28, 2006, is VACATED, and the parties shall not appear at that time. As of August 28, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    August 23, 2006                      /s/ Anthony W. Ishii
0m8i78                                                UNITED STATES DISTRICT JUDGE